DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DEVANTE C. KINSLEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0518

_____

January 2, 2026

Appeal from the Circuit Court for Manatee County; Frederick P. Mercurio, Judge.

Blair Allen, Public Defender, and Maura J. Kiefer, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

KHOUZAM, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.